# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APOTEX, INC. and APOTEX CORP., )<br>)<br>Defendants. ) | C.A. No. 14-351-RGA |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Bristol-Myers Squibb Company ("BMS") and Defendants Apotex, Inc. and Apotex Corp. (collectively, "Apotex"), and subject to the approval of the Court that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims brought forth by BMS against Apotex in the above-captioned case are hereby dismissed WITHOUT PREJUDICE and the Counterclaims brought by Apotex against BMS are hereby dismissed WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: November 14, 2014

| BARNES & THORNBURG LLP | POTTER ANDERSON & CORROON, LLP |
|---|---|
| */s/ Chad S.C. Stover* | */s/ Richard L. Horwitz* |
| Chad S.C. Stover (#4919) | Richard L. Horwitz (#2246) |
| 1000 N. West Street, Suite 1500 | David E. Moore (#3983) |
| Wilmington, DE 19801 | Hercules Plaza, 6th Floor |
| (302) 300-3434 | 1313 N. Market Street |
| chad.stover@btlaw.com | Wilmington, DE 19801 |
| | (302) 984-6000 |
| *Attorneys for Plaintiff* | rhorwitz@potteranderson.com |
| *Bristol-Myers Squibb Company* | dmoore@potteranderson.com |
| | *Attorneys for Defendants* |
| | *Apotex, Inc. and Apotex Corp.* |

IT IS SO ORDERED this ___ day of _____, 2014.

_____
United States District Judge